DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
(518) 436-0344
Leigh A. Hoffman, Esq. (LH 1172)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

IN RE

                                                   Case No. 07-35532
     DIANE H. KENNEDY,                         (Chapter 7)

                             Debtor.
---------------------------------------------------------------

## NOTICE OF APPEAL

DaimlerChrysler Financial Services Americas appeals under 28 U.S.C.§158(a) from the Order of the Bankruptcy Judge reducing the judgment lien of DaimlerChrysler Financial Services Americas to the amount of equity above the debtor's homestead exemption pursuant to 11 U.S.C.§522(f) entered in the bankruptcy case on the 13th day of March, 2008.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Diane H. Kennedy, Debtor | Andrea B. Malin, Esq., Attorney for Debtor |
| 28 Kenilworth Lane | Genova & Malin |
| Warwick, NY 10990 | 1136 Route 9 |
| | Wappingers Falls, NY 12590 |
| | (845) 298-1600 |
| DATED: March 20, 2008 | /s/ Leigh A. Hoffman |
| | Leigh A. Hoffman, Esq. (1172) |
| | DEILY, MOONEY & GLASTETTER, LLP |
| | Attorneys for DaimlerChrysler |
| | Financial Services Americas LLC |
| | 8 Thurlow Terrace |
| | Albany, New York 12203-1006 |
| | Tel.:  (518) 436-0344 |
| | Fax:   (518) 436-8273 |
| | e-mail:  lhoffman@deilylawfirm.com |

TO: Andrea B. Malin, Esq.
Genova & Malin
1136 Route 9
Wappingers Falls, NY 12590

Paul L. Banner, Esq
Chapter 7 Trustee
515 Haight Avenue, 2nd Floor
Poughkeepsie, New York 12603

Office of the U.S. Trustee
74 Chapel Street
Albany, NY 12207

Diane H. Kennedy
28 Kenilworth Lane
Warwick, NY 10990