DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
(518) 436-0344
Leigh A. Hoffman, Esq. (LH 1172)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

IN RE:

    DIANE H. KENNEDY,

                    Debtor.

Case No. 07-35532
(Chapter 7)

-----------------------------------------------------------------

### APPELLANT DAIMLER CHRYSLER FINANCIAL SERVICES' DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES PURSUANT TO RULE 8006

#### A. DESIGNATION OF RECORD

Appellant, Daimler Chrysler Financial Services, designates the following for inclusion in the Record on Appeal:

| Docket No. | Description |
|---|---|
| 56 | Motion to Avoid Lien *Notice of Presentment of Debtor's Motion to Avoid Judicial Lien* filed by Thomas Genova on behalf of Diane H. Kennedy to be presented on 12/21/2007 at 12:00 PM at Poughkeepsie Office - 355 Main Street (Attachments: # (1) Exhibit exhibit a# 2 Exhibit exhibit b# 3 affidavit# 4 Order# 5 affidavit of service) (Genova, Thomas) Modified on 12/6/2007 to correct presentment information (Colon, Gwen). (Entered: 12/05/2007) |
| 57 | Letter *Adjourning Hearing on Debtor's Motion to Avoid Judicial Lien for a date to be determined by the Court* (related document(s)56) filed by Leigh A. Hoffman on behalf of Paul L Banner. (Hoffman, Leigh) (Entered: 12/14/2007) |

| | |
|---|---|
| 58 | Letter *rescheduling Debtor's Motion to Avoid Judgment Lien to February 5, 2008* (related document(s)56) filed by Leigh A. Hoffman on behalf of DaimlerChrysler Financial Services Americas LLC. with hearing to be held on 2/5/2008 at 12:00 PM at Poughkeepsie Office - 355 Main Street Objections due by 1/29/2008, (Hoffman, Leigh) (Entered: 01/03/2008) |
| 59 | Response to Motion *to Avoid Judgment Lien Pursuant to 11 U.S.C. Section 522(f)(1)* (related document(s)56) filed by Leigh A. Hoffman on behalf of DaimlerChrysler Financial Services Americas LLC with hearing to be held 2/5/2008 at 12:00 PM at Poughkeepsie Office - 355 Main Street. (Attachments: # 1 Exhibit A-D) (Hoffman, Leigh) Modified on 1/31/2008 to add hearing information (Fredericks, Frances). (Entered: 01/30/2008) |
| 60 | Memorandum of Law *in Support of Motion to Avoid Judicial Lien* (related document(s)56) filed by Andrea B. Malin on behalf of Diane H. Kennedy. (Malin, Andrea) (Entered: 02/01/2008) |
| 61 | Affidavit of Service filed by Thomas Genova on behalf of Diane H. Kennedy. (Genova, Thomas) (Entered: 02/04/2008) |
| 62 | Memorandum of Law *In Support Of Notice Of Motion To Avoid Judicial Lien* filed by Thomas Genova on behalf of Diane H. Kennedy. (Attachments: # 1 affidavit of service) (Genova, Thomas) (Entered: 02/04/2008) |
| 64 | Memorandum of Law *in Opposition to Debtor's Motion to Avoid Lien* filed by Leigh A. Hoffman on behalf of DaimlerChrysler Financial Services Americas LLC. (Hoffman, Leigh) (Entered: 02/04/2008) |
| 67 | Memorandum of Law *In Support Of Notice Of Motion TO Avoid Judicial Lien* filed by Thomas Genova on behalf of Diane H. Kennedy. (Attachments: # 1 affidavit of service) (Genova, Thomas) (Entered: 02/12/2008) |
| 69 | Memorandum of Law *In Support Of Notice Of Motion To Avoid Judicial Lien* filed by Andrea B. Malin on behalf of Diane H. Kennedy. (Attachments: # 1 affidavit of service) (Malin, Andrea) (Entered: 02/14/2008) |

| | |
|---|---|
| 70 | Amended Motion to Avoid Lien on Household Goods under Section 522(f)(1)(B)(i) *Amended Motion to Avoid Judicial Lien* filed by Andrea B. Malin on behalf of Diane H. Kennedy. (Attachments: # 1 affidavit# 2 Exhibit exhibit a# 3 Exhibit exhibit b# 4 Exhibit exhibit c# 5 Order# 6 affidavit of service) (Malin, Andrea) (Entered: 02/14/2008) |
| 73 | Reply Memorandum of Law *in Opposition to Debtor's Motion to Avoid Lien* (related document(s)56) filed by Leigh A. Hoffman on behalf of DaimlerChrysler Financial Services Americas LLC. (Attachments: # 1 Exhibit "A" and "B"# 2 Affidavit of Service) (Hoffman, Leigh) (Entered: 02/26/2008) |
| 75 | Memorandum of Law *Reply to Memorandum of Law in Opposition to Debtor's Motion To Avoid Judicial Lien* filed by Andrea B. Malin on behalf of Diane H. Kennedy. (Malin, Andrea) (Entered: 03/07/2008) |
| 76 | Order signed on 3/13/2008 Granting Motion To Avoid Lien (Related Doc # 70). (Colon, Gwen) (Entered: 03/13/2008) |
| 77 | Notice of Appeal (related document(s)76) filed by Leigh A. Hoffman on behalf of DaimlerChrysler Financial Services Americas LLC. (Attachments: # 1 Civil Cover Sheet# 2 Affidavit of Service)(Hoffman, Leigh) (Entered: 03/20/2008) |

## **B. STATEMENT OF ISSUES PRESENTED**

Did the Court below err in determining that 11 U.S.C. § 522(f) permits a debtor to modify a judgment lien when the homestead exemption is not impaired by the judgment lien?

Dated: March 26, 2008  /s/ Leigh A. Hoffman
      Albany, New York  Leigh A. Hoffman, Esq. (1172)
                              DEILY, MOONEY & GLASTETTER, LLP
                              Attorneys for DaimlerChrysler
                              Financial Services Americas LLC
                              8 Thurlow Terrace, Albany, New York 12203-1006
                              Tel.:  (518) 436-0344
                              Fax:  (518) 436-8273
                              e-mail:  lhoffman@deilylawfirm.com

TO:    U.S. Bankruptcy Court
        176 Church Street
        Poughkeepsie, NY   12601

        Andrea B. Malin, Esq.
        Attorney for Debtor
        1136 Route 9
        Wappingers Falls, NY 12590

        Paul L. Banner, Esq.
        Chapter 7 Trustee
        515 Haight Avenue, 2nd Fl.
        Poughkeepsie, NY 12207

        Eric J. Small
        Office of the U.S. Trustee
        74 Chapel Street
        Albany, NY 12207

        Diane H. Kennedy (Debtor)
        28 Kenilworth Lane
        Warwick, NY 10990