S:\Appeal\kennedy.designation.wpd

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-----------------------------------------------------x
In re:

DIANE H. KENNEDY,

                                                    CHAPTER 7
                                                    CASE NO. 07-35532 (CGM)

                          Debtor.
-----------------------------------------------------x

## DESIGNATION OF CONTENTS FOR INCLUSION IN
## RECORD ON APPEAL

         DIANE H. KENNEDY, the debtor herein, files this her Designation of Contents for Inclusion

in the Record on Appeal and Statement of Issues on Appeal:

         In addition to those documents set forth in the Designation of Contents of the appellant,

the following shall be included in the record on appeal:

         1.    Voluntary Petition (Chapter 13) file by the debtor, and Order for Relief entered by

the United States Bankruptcy Court, Southern District of New York, Poughkeepsie Division.

         2.    All schedules filed by the debtor in connection with Chapter 13 Petition.

         3.    Transcript of Hearing before the United States Bankruptcy Court, Southern District

of New York, Poughkeepsie Division, held on March 11, 2008, regarding Motion to Avoid lien filed by

debtor.

## ISSUE

         1.    Should this Court affirm the decision of the United States Bankruptcy Court

finding that the judgment held by DaimlerChrysler Financial Services impaired the debtor's

homestead exemption and thus was void in part,  pursuant to 11 U.S.C. §522(f)?


Dated: Wappingers Falls NY
         March 27, 2008

                                        GENOVA & MALIN
                                        Attorneys for Debtor

                          By:    /s/   Andrea B. Malin
                                        Andrea B. Malin (4424)
                                        1136 Route 9
                                        Wappingers Falls NY 12590
                                        (845) 298-1600

TO:    United States Trustee               Paul L. Banner, Esq.
         74 Chapel Street                 Chapter 7 Trustee
         Albany, NY 12207              515 Haight Ave., 2nd Floor
                                         Poughkeepsie, NY 12603

         Leigh A. Hoffman, Esq.
         DEILY, MOONEY & GLASTETTER, LLP
         Attorneys for DaimlerChrysler Financial
         Services Americas LLC
         8 Thurlow Terrace
         Albany, NY 12203-1006

         Diane H. Kennedy
         28 Keniliworth Lane
         Warwick, NY 10990

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
------------------------------------------------------x
In re:

DIANE H. KENNEDY,                                    **CHAPTER 7**
                                                     **CASE NO. 07-35532 (CGM)**

        Debtor.

------------------------------------------------------x
STATE OF NEW YORK      )                             **AFFIDAVIT OF SERVICE**
                       )ss.:
COUNTY OF DUTCHESS     )

      I, Elke R. Terwilliger, being sworn, say:

      I am not a party to this action, am over 21 years of age and reside in Wallkill, New York.

      On March 29, 2008, I served a copy of the within <u>Designation Of Contents For Inclusion In Record On Appeal</u> by mailing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service in New York State, addressed to each of the following persons at their last known address as set forth after each name:

| | |
|---|---|
| Paul L. Banner, Esq.<br>Chapter 7 Trustee<br>515 Haight Ave., 2nd Floor<br>Poughkeepsie, NY 12603 | U.S. Trustee<br>74 Chapel Street<br>Albany NY 12207 |
| Diane H. Kennedy<br>28 Kenilworth Lane<br>Warwick, NY 10990 | Leigh A. Hoffman, Esq.<br>Deily, Mooney & Glastetter, LLP<br>8 Thurlow Terrace<br>Albany, NY 12203-1006 |

                           /s/ Elke R. Terwilliger
                           Elke R. Terwilliger

Sworn to before me this 29th day
of March, 2008

 /s/Faye Thorpe
Faye Thorpe
Notary Public, State of New York
Qualified in Putnam County
Commission Expires 8/31/10

3