UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                              Chapter 7

    DIANE H. KENNEDY,                           Bankruptcy Court
                                           Case No. 07-35532 (CGM)
                Debtor.

---

DAIMLERCHRYSLER FINANCIAL                           District Court Civil Docket
SERVICES AMERICAS LLC,                              Case No. 08-cv-03414 (CLB)

                      Appellant,

-against-

DIANE H. KENNEDY,

                      Appellee.

---

### **AFFIDVIT OF SERVICE**

    Eileen McQueen, being duly sworn, deposes and says that she is over the age of 18 years, is not a party to this action and resides at Albany, New York.

    That on the 24th day of April, 2008, I served a copy of Brief of Appellant, DaimlerChrysler Financial Services Americas LLC and a Rule 7.1 Disclosure Statement upon the following individual at the following place in the following manner:

    Andrea B. Malin, Esq.
    Genova & Malin
    1136 Route 9
    Wappingers Falls, NY 12590

by depositing a true and correct copy of the same properly enclosed in post-paid wrapper in the Official depository maintained and exclusively controlled by the United States at Albany, New York directed to said individual, respectively, at said addresses within the State and/or County designed for the purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

                                                                _____
                                                                Eileen McQueen

Sworn to before me this
24th day of April, 2008

_____
Notary Public

                LINDA M. ANDERSON
           Notary Public, State of New York
959442               No. 01AN6006424
             Qualified in Albany County