UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
DAIMLER CHRYSLER FINANCIAL SERVICES
AMERICAS,

                            Appellant,

           -against-

DIANE H. KENNEDY,

                          Appellees.
----------------------------------------------------------x

CLERK'S SCHEDULING
**NOTICE**

08 Civ. 3414 (CLB)

Brieant, J.

       The above-entitled Bankruptcy Appeal has been assigned to the Hon. Charles L. Brieant, U.S.D.J., for all purposes. The appeal was docketed in the District Court on April 7, 2008.

       The attention of all counsel is directed to Rule 8009 of the Federal Bankruptcy Rules, which provide for the dates within which briefs are to be served and filed. That Rule shall be adhered to.

       This Court will hear oral argument on the appeal on Wednesday, June 25, 2008 at 9:30 A.M. at 300 Quarropas Street, White Plains, NY, Courtroom 218. That date shall *not* be changed except upon application to the Court on notice for good cause shown.

SO ORDERED.

Dated: White Plains, NY
       April 24, 2008

                                                          _____
                                                          Charles L. Brieant, U.S.D.J.

**ECF NOTIFICATION**