UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 7 |
| DIANE H. KENNEDY, | Bankruptcy Court |
| Debtor. | Case No. 07-35532 (CGM) |
| DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC, | District Court Civil Docket Case No. 08-cv-03414 (CLB) |
| Appellant, | |
| -against- | |
| DIANE H. KENNEDY, | |
| Appellee. | |

### **AFFIDVIT OF SERVICE**

Eileen McQueen, being duly sworn, deposes and says that she is over the age of l8 years, is not a party to this action and resides at Albany, New York.

That on the 19th day of May, 2008, I served a copy of Reply Brief of Appellant, DaimlerChrysler Financial Services Americas LLC, upon the following individual at the following place in the following manner:

Andrea B. Malin, Esq.
Genova & Malin
1136 Route 9
Wappingers Falls, NY 12590

by depositing a true and correct copy of the same properly enclosed in post-paid wrapper in the Official depository maintained and exclusively controlled by the United States at Albany, New York directed to said individual, respectively, at said addresses within the State and/or County designed for the purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

// Eileen McQueen
Eileen McQueen

Sworn to before me this
19th day of May, 2008

// Linda A. Anderson
Notary Public