# DEILY, MOONEY & GLASTETTER, LLP
Attorneys at Law

* Jonathan D. Deily
* Martin A. Mooney
*† Mark D. Glastetter
* John Monterisi, Jr.
·° F. Matthew Jackson
◊ Joann Sternheimer

~ Not admitted in New York
* Admitted in Massachusetts
† Admitted in Kentucky
· Admitted in Washington D.C.
° Admitted in Pennsylvania
◊ Admitted in New Jersey
# Admitted in Rhode Island
Δ Admitted in Georgia

8 Thurlow Terrace
Albany, New York 12203
Telephone (518) 436-0344
Facsimile (518) 436-8273
lawyers@deilylawfirm.com
http://www.deilylawfirm.com

Massachusetts/New Jersey Offices:
258 Harvard Street #331, Brookline, Massachusetts 02446
Tel.: (617) 739-4224; Fax: (617) 232-2302
One Greentree Centre, 10000 Lincoln Drive East - Suite 201, Marlton, NJ 08053
Tel.: (856) 988-5555; Fax: (856) 596-1923

°* Richard C. Maider
    Leigh A. Hoffman
°◊~ Linda S. Fossi
*   Bonnie S. Baker
*#  Douglas J. Rose
°◊~ Brian E. Caine
    Scott T. Dillon
Δ   Pilar A. Cano

June 4, 2008

**MEMO ENDORSED**
*Application Granted*
*So Ordered*
*6/9/08 Charles L. Brieant USDJ*

Hon. Charles L. Brieant
United States District Court
U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: DaimlerChrysler Financial Services Americas LLC v. Diane H. Kennedy
Case No. 7:08-cv-3414
Our File No. L-DCSDLR.08.02094

Dear Judge Brieant:

Our office represents DaimlerChrysler Financial Services Americas LLC, Appellant in the above-referenced action. The oral argument on the Appeal is scheduled before the Court on Wednesday, June 25, 2008 at 9:30 a.m. Additionally, the parties have received the Order for Court conference dated April 21, 2008 which requires the parties' appearance on Friday, June 13, 2008 at 9:15 a.m. for the purposes of case management and scheduling. As this matter is an Appeal from the Bankruptcy Court, the parties believe it is unnecessary to conduct civil case discovery under the District Court's proposed Order. Accordingly counsel for Appellant and Appellee jointly request that the Court adjourn the June 13, 2008 scheduling conference to Wednesday, June 25, 2008 where the Court can consider what actions, if any, are necessary under the civil case discovery plan and scheduling order.

I thank you for the Court's kind attention. Should you have further questions or concerns, please do not hesitate to contact myself or Andrea B. Malin, counsel for the Appellee.

Very truly yours,

DEILY, MOONEY & GLASTETTER, LLP

Leigh A. Hoffman

LAH/rd

Cc: Andrea B. Malin, Esq.