```
UNITED STATES DISTRICT COURT                    Rev. 9/03
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DIANE H. KENNEDY

                    Plaintiff,
                                                 ORDER OF REFERENCE
          - against -                            TO A MAGISTRATE JUDGE

DAIMLER CHRYSLER FINANCIAL SERVICES
                                                 08 Civ. 3414 (CLB)(LMS)
                    Defendant.
-----------------------------------------------------------X
```

The above entitled action is referred to the Hon. Lisa M. Smith, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ Consent under 28 U.S.C.§636(c) for limited purpose of _____ |
| | ___ Habeas Corpus |
| ___ Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| _X_ Hear Bankruptcy Appeal and issue Report and Recommendation | Particular Motion:_____ _____ |
| | All such motions: ____ |

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York
       June 17, 2008

                                    _____Charles L. Brieant_____
                                    United States District Judge