JUL.30.2008 09:45 845 298 1265            GENOVA MALIN                    #2036 P.002 /003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                          Chapter 7

    DIANE H. KENNEDY,                           Bankruptcy Court
                                                Case No. 07-35532 (CGM)
                        Debtor.

DAIMLERCHRYSLER FINANCIAL                        District Court Civil Docket
SERVICES AMERICAS LLC,                           Case No. 08-cv-03414 (CLB)

                        Appellant,

        -against-

DIANE H. KENNEDY,

                        Appellee.

## STIPULATION AND ORDER DISMISSING APPEAL

Appellant, DaimlerChrysler Financial Services Americas LLC ("Chrysler Financial") and

Appellee, Diane H. Kennedy ("Debtor"), by and through their counsel designated below, hereby

stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and Fed. R. Bankr. P. 8001(c)(2), to dismiss the

appeal made to this Court on April 7, 2008, by Chrysler Financial.

Chrysler Financial's appeal was from the March 13, 2008, Order of the Bankruptcy Court

which approved the Debtor's application to avoid Chrysler Financial's judicial lien pursuant to

11 U.S.C. § 522(f). The underlying judgment, which granted Chrysler Financial a judicial lien

on Debtor's property, was vacated by the July 10, 2008, Order of the United States District

Court, Northern District of New York overturning the Court's prior entry of a default judgment.

Thus, this appeal is now moot as the judgment is without force and effect, and the action must be

dismissed, without prejudice.

99R510

Dismissal of the appeal will not prejudice any other party to this case. All court costs and fees due have been paid. The parties to the appeal shall bear their own fees and costs.

Dated: July 30, 2008

DaimlerChrysler Financial Services Americas LLC (Appellant)

By: _____
Scott T. Dillon, Esq.
Deily, Mooney & Glastetter, LLP
8 Thurlow Terrace
Albany, NY 12203
Tel: (518) 436-0344

Dated: July 29, 2008

Diane H. Kennedy (Appellee)

By: _____
Andrea B. Malin, Esq.
Genova & Malin
Hampton Business Center
1136 Route 9
Wappingers Falls, NY 12590
Tel: (845) 298-1600

**DISMISSAL OF APPEAL IS SO ORDERED:**

Dated: August 1 _____, 2008

_____
United States District Judge

998510

2